UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-22789-CIV-COOKE/WHITE

DUDLEY SCOTT,

    *Movant*,

v.

UNITED STATES OF AMERICA,

    *Respondent*.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Dudley Scott's motion requesting a presidential grant of full unconditional pardon or commutation of sentence to time already served. [D.E. 1]. On October 26, 2007, Judge White issued a Report and Recommendation, which recommended that the motion be denied. [D.E. 3]. In response, Mr. Scott again filed the same motion [D.E. 4]. I am, therefore, treating his second motion [D.E. 4] as an objection to Judge White's Report.

After conducting a *de novo* review of the record and Mr. Scott's objection, I affirm and adopt Judge White's Report and Recommendation. Mr. Scott's motion is a successive motion to vacate under 28 U.S.C. § 2255, which attacks his conviction in case no. 92-391-CR-DAVIS-MARCUS. Under 28 U.S.C. § 2255, Mr. Scott must apply to the United States Court of Appeals for the Eleventh Circuit for an Order authorizing this court to consider his motion. Mr. Scott has not applied for the required Order. Additionally, Mr. Scott's motion appears to be barred by the one year statute of limitations provided by 28 U.S.C. § 2255. Accordingly, Mr. Scott's motion requesting a presidential grant of full unconditional pardon or commutation of sentence to time already served

[D.E. 1] is **DENIED**. All pending motions are **DENIED AS MOOT**. This case shall be **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this day of November 2007.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
All counsel of record

Dudley Scott, *pro se*
Reg. No. 38391-004
FCI - Miami
P.O. Box 779800
Miami, FL 33177